78 A.3d 604

**Jessica JOHNSON and John Johnson, Respondents**

v.

**UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM, Hospital of the University of Pennsylvania, Penn Medicine, the Trustees of the University of Pennsylvania and David J. Maron, M.D., Petitioners.**

**No. 103 EM 2013.**

Supreme Court of Pennsylvania.

Sept. 6, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 6th day of September, 2013, the Petition for Review and the Application for Relief are **DENIED.**

78 A.3d 604

**Jessica JOHNSON and John Johnson, Respondents**

v.

**UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM, Hospital of the University of Pennsylvania, Penn Medicine, the Trustees of the University of Pennsylvania and David J. Moran, M.D., Petitioners.**

**No. 104 EM 2013.**

Supreme Court of Pennsylvania.

Sept. 6, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 6th day of September, 2013, the Petition for Review and the Application for Relief are **DENIED.**